JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SPRINT PCS ASSETS, LLC, | ) | Case No. CV 19-9827 FMO (GJSx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| LAX ENTERPRISE, LP, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the above-captioned case is **dismissed without prejudice**

Dated this 22nd day of December, 2020.

/s/
Fernando M. Olguin
United States District Judge